1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | No. 91cr873-H |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL OF THE INFORMATION/COMPLAINT WITHOUT PREJUDICE** |
| GABRIAL VENEGAS-CARRANZA, | |
| Defendant. | |

    On motion of the United States and with good cause shown, the Indictment in this case is hereby dismissed without prejudice.

    DATED: February 11, 2025.

    **SO ORDERED.**

_____
HON. MARILYN L. HUFF
UNITED STATES DISTRICT COURT JUDGE